FILED
JUN 30 2005
U.S. COURT OF FEDERAL CLAIMS

I hereby attest and certify on 6/15/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

SCANNED

LODGED
ORIGINAL

2005 MAR 15 PM 2:14

05-704C

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP RULE 77(d)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SHELL OIL COMPANY, ET AL., Defendants. | CASE NO. CIV. 91 0589 RJK<br><br>~~[PROPOSED]~~ ORDER TO TRANSFER TO COURT OF FEDERAL CLAIMS<br><br>Date:<br>Time:<br>Ctrm: Honorable Robert J. Kelleher<br>Roybal No. 1439 |

On December 14, 2004, this Court granted the United States Motion to Dismiss the Contract-Based Counterclaims Due to Lack of Subject Matter Jurisdiction with direction that it be brought in the Court of Federal Claims pursuant to 28 U.S.C. Section 1631. Based on an uncontested Motion for Clarification filed by defendants on December 29, 2004, this Court granted the motion and directed that the contract related claims be transferred to the Court of Federal Claims rather than be dismissed and refiled in the Court of Federal Claims.

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 18 2005
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

528

IT IS HEREBY ORDERED:

1. All remaining counts are hereby dismissed other than the Ninth Counterclaim for breach of contract and the Twelfth Counterclaim for Declaratory Judgment in so far as it relates to contract.

2. This case is Transferred to the Court of Federal Claims pursuant to 28 U.S.C. Section 1631.

3. The Clerk of this court is to send a certified copy of this Order, together with the record in this case, to the Clerk of the Court of Federal Claims.

Dated: March 16, 2005

Robert J. Kelleher
United States District Judge

**PROOF OF SERVICE BY MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On March 15, 2005, I served the foregoing document described as **[PROPOSED] ORDER TO TRANSFER TO COURT OF FEDERAL CLAIMS** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 15, 2005, at Los Angeles, California.

M. Pantoja

Mary L. Pantoja

*USA, et al. v. Shell Oil Company, et al.*

<u>Service List</u>

Thomas L. Sansonetti
Assistant Attorney General
Environemnt & Natural Resources Division
William A. Weinischke
Joshua M. Levin
Michael J. Zevenbergen
Environmental Enforcement Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986

Debra Wang
United States Attorney
Leon W. Weidman
Assistant United States Attorney
Chief, Civil Division
Monica L. Miller
Assistant United States Attorney
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012

Bill Lockyer, Attorney General
of the State of California
Timothy R. Patterson
Supervising Deputy Attorney General
San Diego, CA 92186-5266

SCANNED