# In the United States Court of Federal Claims

## NOTICE

**No.05-704 C**

**SHELL OIL CO., et al.**

**v**

**UNITED STATES OF AMERICA**

**Clerk's Office**
**Washington, D.C., June 30, 2005**

To Attorney of Record, Assistant Attorney General and Judge Loren A. Smith:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court Central District of California, (Western Division-Los Angeles), No. 2:91-cv-00589, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**s/Brian Bishop**
**Brian Bishop, Clerk of Court**