**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | Case No. 05-704C<br>Senior Judge Loren A. Smith |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the Plaintiffs in the above-captioned action submit the following corporate disclosure statement.

1. Shell Oil Company is a nongovernmental corporate party organized and existing under the laws of the State of Delaware with its principal place of business in Houston, Texas. Shell Oil Company is a wholly-owned subsidiary of Shell Petroleum, Inc., and there is no publicly held corporation that owns 10% or more of its stock.

2. Union Oil Company of California is a nongovernmental corporate party organized and existing under the laws of the State of California with its principal place of business in El Segundo, California. Union Oil Company of California is a wholly-owned subsidiary of publicly traded Unocal Corporation.

3. Atlantic Richfield Company ("Atlantic Richfield") is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Warrenville, Illinois. Atlantic Richfield is a wholly-owned subsidiary of BP America, Inc., and there is no publicly held corporation that owns 10% or more of its stock.

4. Texaco Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in San Ramon, California. Texaco Inc. is a wholly-owned subsidiary of Chevron Asiatic Limited, and there is no publicly held corporation that holds 10% or more of its stock.

Dated: July 28, 2005

Respectfully Submitted,

s/ Michael W. Kirk
Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
1500 K Street, NW
Suite 200
Washington, DC 20005
(202) 220-9600

*Of Counsel*:
Vincent J. Colatriano
Nicholas A. Oldham
COOPER & KIRK, PLLC
1500 K Street, N.W.
Suite 200
Washington, D.C. 20005
(202) 220-9600