RICHARD B. STEWART
Assistant Attorney General
Environment and Natural Resources Division
WILLIAM A. WEINISCHKE
Environmental Enforcement Section
United States Department of Justice
P. O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
202-514-4592

LOURDES G. BAIRD
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
IAN FAN
Assistant United States Attorney
Room 7516 Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012
213-894-2445

Attorneys for Plaintiff United States of America

(See next page for names of additional counsel)

FILED CLERK, U.S. DISTRICT COURT FEB - 1 1991 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA, ex rel., CALIFORNIA DEPARTMENT OF HEALTH SERVICES, HAZARDOUS SUBSTANCE ACCOUNT, and HAZARDOUS SUBSTANCE CLEANUP FUND, Plaintiffs, v. SHELL OIL COMPANY; UNION OIL COMPANY OF CALIFORNIA; ATLANTIC RICHFIELD COMPANY; TEXACO, INC.; LOS COYOTES ESTATES, LTD.; RAMPARTS RESEARCH & FINANCIAL CORPORATION; and MCCAULEY LCX CORPORATION, Defendants. | NO. CV 91 0589 RJK (Ex)<br><br>COMPLAINT FOR COST RECOVERY AND DECLARATORY RELIEF<br><br>24 U.S.C. § 9607(a) |

JUN 10 2005

I hereby attest and certify on that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
Deputy

0021

DANIEL E. LUNGREN
Attorney General of the State of California
THEODORA BERGER
Assistant Attorney General
TIMOTHY R. PATTERSON
Deputy Attorney General
110 West A Street, Suite 700
San Diego, California 92101-3786
619-237-7788

Attorneys for Plaintiff State of California

Plaintiffs, the United States of America, for and at the request of the Administrator of the United States Environmental Protection Agency (hereinafter "EPA"), and the State of California, ex rel. California Department of Health Services, Hazardous Substance Account, and Hazardous Substance Cleanup Fund (hereinafter the "State") allege the following:

## PRELIMINARY STATEMENT

1. This is a civil action brought pursuant to Section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), 42 U.S.C. § 9607(a), as amended by the Superfund Amendments and Reauthorization Act of 1986 ("SARA"), Pub. L. No. 99-499, for recovery of response costs incurred by Plaintiffs in response to the release and threatened release of hazardous substances from the McColl Superfund Site ("Site"), a facility located in the northwest section of the City of Fullerton, California.

## JURISDICTION AND VENUE

2. This Court has jurisdiction for this action and the parties hereto pursuant to Sections 113(b) and 107 of CERCLA, 42 U.S.C. §§ 9613(b), 9607, and 28 U.S.C. §§ 1331 and 1345.

///

3. Venue is proper in this district pursuant to Section 113(b) of CERCLA, 42 U.S.C. § 9613(b), and 28 U.S.C. § 1391(b).

PARTIES

4. Plaintiffs are the United States of America, acting at the request of the United States Environmental Protection Agency ("EPA"), an agency of the United States, and the State of California, ex rel., California Department of Health Services, an agency of the State of California, Hazardous Substance Account, and Hazardous Substance Cleanup Fund, accounts administered by the California Department of Health Services (Cal. Health & Safety Code §§ 25331, 25361).

5. Defendant Shell Oil Company is a corporation organized and existing under the laws of the State of Delaware and authorized to do, and doing, business in the State of California where it is subject to service of process by service upon its registered agent, CT Corporation System, 818 West Seventh Street, Los Angeles, California 90017.

6. Defendant Union Oil Company of California is a corporation organized and existing under the laws of the State of California where it is subject to service of process by service upon its registered agent, R. E. Jenkins, 1201 West Fifth Street, Los Angeles, California 90017.

7. Defendant Atlantic Richfield Company is a corporation organized and existing under the laws of the State of Delaware and authorized to do, and doing, business in the

State of California where it is subject to service of process by service upon its registered agent, CT Corporation, 818 West Seventh Street, Los Angeles, California 90017.

8. Defendant Texaco, Inc. is a corporation organized and existing under the laws of the State of Delaware and authorized to do, and doing, business in the State of California where it is subject to service of process by service upon its registered agent for process, the Prentice-Hall Corporation System, Inc., 32 Lockerman Square, Suite L-100, Dover, Delaware 19901.

9. Defendant Los Coyotes Estates, Ltd. is a limited partnership organized and existing under the laws of the State of California where it is subject to service of process by service upon its registered agent, David Hengstler, 1900 Bank of America Tower, One City Blvd. West, City of Orange, California 92668.

10. Defendant Ramparts Research & Financial Corporation, the General Partner of Los Coyotes Estates, Ltd., is a corporation organized and existing under the laws of the State of California where it is subject to service of process by service upon its registered agent, David Hengstler, 1900 Bank of America, One City Blvd. West, City of Orange, California 92668.

11. Defendant McAuley LCX Corporation is a corporation organized and existing under the laws of the State of California where it is subject to service of process by service

upon its registered agent, Charles S. McAuley, 8888 Los Coyotes Drive, Buena Park, California 90621.

## GENERAL ALLEGATIONS

12. The McColl Superfund Site is approximately twenty-two acres and is located in the northwest section of the City of Fullerton, California. Housing developments border the Site to the east and to the south. Developed but open areas of the Los Coyotes Country Club golf course and the Ralph B. Clark (formerly Los Coyotes) Regional Park border the site to the west. The West Coyotes Hill Oil Field occupies an open area north of the Site along with newly constructed housing tracts to the northwest. The Site consists of two distinct areas, referred to as the Ramparts and Los Coyotes areas. The Ramparts area occupies a section of vacant land immediately southwest of the intersection at Rosecrans Avenue and Sunny Ridge Drive. It contains six large pits or sumps, four of which were covered with oil drilling muds in the 1950s. The Los Coyotes area lies immediately southwest of the Ramparts area. It contains six sumps which underlie what were once portions of the Los Coyotes Country Club golf course.

## CLAIM FOR RELIEF

13. The McColl Superfund Site is a "facility" within the meaning of Section 101(9) of CERCLA as amended, 42 U.S.C. § 9601(9).

14. Hazardous substances within the meaning of Section 101(14) of CERCLA, 42 U.S.C. § 9601(14), were deposited,

disposed of, or otherwise came to be located at the Site. The waste material at the Site is a mixture of refinery sludges from alkylation and acid washing processes. There are approximately 100,000 cubic yards of waste and contaminated soils at the Site. The waste is characterized by low pH, high sulfur content, and high organic content. Hazardous substances found in the waste include, but are not limited to: benzene, toluene, xylene, arsenic, sulfur dioxide, hydrogen sulfide and tetrahydrothiophene.

15. Hazardous substances as described in paragraph 14 supra and as defined by Section 101(14) of CERCLA, as amended, 42 U.S.C. § 9601(14) were deposited, disposed of, and emitted into the environment at the McColl Site.

16. At times relevant to the action, there were "releases" or threatened releases of hazardous substances into the environment at the McColl Site, as defined in Section 101(22) of CERCLA, as amended, 42 U.S.C. § 9601(22).

17. As a result of the release and threatened release of the hazardous substances from the McColl Site, the United States has incurred "response" costs as defined by Section 101(25), of CERCLA, as amended, 42 U.S.C. § 9601(25) of not less than $15,000,000, and continues to incur response costs; the State has incurred "response" costs as defined by Section 101(25) of CERCLA, as amended, 42 U.S.C. § 9601(25), in an amount, to date, of not less than $3,745,378.00, and continues to incur response costs.

18. Each Defendant listed in paragraphs 5-11 above is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

19. Each Defendant, except McCauley LCX Corporation, Los Coyotes Estates, Ltd., and Ramparts Research & Financial Corporation, listed in paragraphs 5-8 above, is a successor corporation to the corporation that, by contract, agreement, or otherwise arranged for the disposal or treatment of hazardous substances at the McColl Site within the meaning of Section 107(a)(3) of CERCLA, 42 U.S.C. § 9607(a)(3).

20. Defendants McCauley LCX Corporation, Los Coyotes, Ltd., and Ramparts Research & Financial Corporation are owners of the Site within the meaning of Section 107(a)(1) of CERCLA, 42 U.S.C. § 9707(a)(1).

21. The response actions, which include remedial investigations, feasibility studies and removal actions necessary to stabilize the Site, taken by the United States and the State at the McColl Site and the costs resulting from such response actions were not inconsistent with the National Contingency Plan, 40 C.F.R. Part 300.

22. The United States and the State have satisfied all conditions precedent to the undertaking of response actions, the incurring of response costs, and the recovery of those costs (approximately $15 million by the United States and $3,745,378.00 by the State) under Section 107 of CERCLA, as amended, 42 U.S.C. § 9607.

23. Defendants are jointly and severally liable to the United States under Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), in an amount of not less than $15,000,000 incurred and all response costs to be incurred at the Site, including prejudgment interest. In addition, Defendants are jointly and severally liable to the State under Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), in an amount of at least $3,745,378.00, incurred and all response costs to be incurred by the State at the Site, including prejudgment interest.

SECOND CLAIM FOR RELIEF

24. Paragraphs 1 through 23 are realleged and incorporated herein by reference.

25. Pursuant to 42 U.S.C. § 9613(g)(2), by way of declaratory judgment, Defendants are jointly and severally liable to the United States and the State for all costs to be incurred by the United States and the State in response to the release or threat of release of hazardous substances at the McColl Site.

PRAYER FOR RELIEF

WHEREFORE, the United States and the State pray that this Court:

1. Enter judgment against defendants, jointly and severally, in favor of the United States for all costs incurred, which costs, to date total at least $15,000,000; and, pursuant to 42 U.S.C. § 9613(g)(2), declaratory judgment for all costs to be incurred by the United States in response to

the release or threat of release of hazardous substances at the McColl Site, plus interest, and enter judgment against the defendants, jointly and severally, in favor of the State for all costs incurred by the State, which costs, to date, total at least $3,745,478; and pursuant to 42 U.S.C. § 9613(g)(2), declaratory judgment for all costs to be incurred by the State in response to the release or threat of release of hazardous substances at the McColl Site, plus interest;

2. Award costs, attorney's fees and expenses to the United States and the State; and

3. Grant such other relief as this Court may deem appropriate.

Respectfully submitted,

RICHARD B. STEWART
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

WILLIAM A. WEINISCHKE
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
(202) 514-4592

IAN FAN
Assistant United States Attorney
7516 Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
(213) 894-2445

DANIEL E. LUNGREN, Attorney General
of the State of California

THEODORA BERGER
Assistant Attorney General

TIMOTHY R. PATTERSON
Deputy Attorney General

By: [signature]

TIMOTHY R. PATTERSON
Deputy Attorney General
110 West A. Street, Suite 700
San Diego, California 92101-3786
(619) 237-7788

OF COUNSEL:

GREG RITTER
Assistant Regional Counsel
Hazardous Waste Law Branch
U.S. Environmental Protection Agency
75 Hawthorne Street
San Francisco, California 94105
(415) 744-1385