05-704C

# In The United States Court of Federal Claims

RECEIVED
JUL 28 2005
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company and Texaco Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Michael W. Kirk

Firm Name: Cooper & Kirk, PLLC

Post Office Box:

Street Address: 1500 K Street, N.W.
Suite 200

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: (202)220-9600-phone (202)220-9601-fax

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain. Breach of contract entered into during World War II.

Agency Identification Code: 0 ☐ ☐
See attached sheet for three digit codes.

Amount Claimed: $100,000,000.00-200,000,000.00
Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) N/A

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.