**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SHELL OIL COMPANY, UNION OIL COMPANY OF CALIFORNIA, ATLANTIC RICHFIELD COMPANY, and TEXACO INC.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 05-704C
Senior Judge Loren A. Smith

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Rules of the United States Court of Federal Claims, plaintiffs Shell Oil Company, Union Oil Company of California, Atlantic Richfield Company, and Texaco Inc., by undersigned counsel, hereby file this notice of dismissal of this action without prejudice.

Dated: September 22, 2005

Respectfully Submitted,

s/ Michael W. Kirk

Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
1500 K Street, NW
Suite 200
Washington, DC 20005
(202) 220-9600

*Of Counsel*:
Vincent J. Colatriano
Nicholas A. Oldham
COOPER & KIRK, PLLC
1500 K Street, N.W.
Suite 200
Washington, D.C. 20005
(202) 220-9600

**CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to the Court's Electronic Case Management System, the foregoing document was served electronically by the court upon the following on this 22nd day of September, 2005:

Kyle Chadwick, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., 8th Floor
ATTN: Classification Unit
Washington, D.C. 20530

s/ Michael W. Kirk____________
Michael W. Kirk
*Counsel of Record*
COOPER & KIRK, PLLC
1500 K Street, NW
Suite 200
Washington, DC 20005
(202) 220-9600

*Of Counsel*:
Vincent J. Colatriano
Nicholas A. Oldham
COOPER & KIRK, PLLC
1500 K Street, N.W.
Suite 200
Washington, D.C. 20005
(202) 220-9600